Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-413-282**
**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
September 19, 2024

## Title

| | |
|---|---|
| Title of Work: | Water Flow |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | June 01, 2014 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Helen Marie Wells |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Helen Marie Wells |
| | 50 Nelson Road, Hastings, East Sussex, TN34 3RZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Name: | Helen Marie Wells |
| Email: | hello@helenwellsartist.com |
| Address: | 50 Nelson Road |
| | Hastings |
| | East Sussex TN34 3RZ United Kingdom |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 20, 2024 |

Page 1 of 2

